UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RENO FUENTES RIOS, | No. 2:01-cv-0790 KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| J.E. TILTON, et al., | |
| Defendants. | |

On January 1, 2016, the undersigned issued an order requiring the parties to file statements within thirty days indicating their availability for trial in 2016 and their best estimate as to the length of the trial. (ECF No. 201 at 30.) By order dated January 20, 2016, the deadline to file trial availability statements was extended to March 4, 2016. (ECF No. 204.) Plaintiff's statement was filed on March 2, 2016. (ECF No. 205.) Defendants have not yet filed their statement.

Accordingly, IT IS HEREBY ORDERED that defendants shall, within seven (7) days after the filing date of this order, show cause why they should not be sanctioned for failure to file a trial availability statement as required by the court's January 1, 2016 and January 20, 2016 orders (ECF Nos. 201 & 204), and shall file such statement.

Dated: March 9, 2016

/rios0790.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE